| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** JUDGE GETTLEMAN 08CR 0173 MAGISTRATE JUDGE DENLOW | | S1 04 CR 113-03 (DLC) S3 04 CR 113-01 (DLC) |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Kharel Harris | DISTRICT SOUTHERN DISTRICT OF NEW YORK | DIVISION U.S. Probation | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Denise L. Cote | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM June 29, 2007 | TO June 28, 2012 |

FILED
J N 2-25-08
FEB 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| OFFENSE |
|---|
| Conspiracy to Distribute with Intent to Distribute Cocaine (21 USC 846), a Class A Felony; Possession a Firearm in Relation to a Drug Trafficking Offense (18 USC 924 (c)(1)(A)(I)) a Class A felony; Committing Passport Fraud (18 USC 1542), a Class C felony |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "**SOUTHERN DISTRICT OF NEW YORK**"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_January 3, 2008_  _____
Date                  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 2 2 2008       _____
Effective Date     United States District Judge