PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

MAGISTRATE JUDGE DENLO **08CR  0173**

| | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | S1 04 CR 113-03 (DLC) |
| | | S3 04 CR 113-01 (DLC) |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Kharel Harris | SOUTHERN DISTRICT OF NEW YORK | U.S. Probation |
| | NAME OF SENTENCING JUDGE | FILED MAR 27 2008 S.D. of N.Y. |
| | Honorable Denise L. Cote | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM June 29, 2007 | TO June 28, 2012 |

FILED
JN 3-31-08
MAR 31 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

OFFENSE

Conspiracy to Distribute with Intent to Distribute Cocaine (21 USC 846), a Class A Felony; Possession a Firearm in Relation to a Drug Trafficking Offense (18 USC 924 (c)(1)(A)(I)) a Class A felony; Committing Passport Fraud (18 USC 1542), a Class C felony

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____Jan 3, 2008_____
Date

_____Denise Cote_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY _____ DEPUTY CLERK   3/26/08

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 2 2 2008
Effective Date

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By _____Ellenre Duff_____
DEPUTY CLERK
U.S DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE:  2-27-08

_____James F. Holderman_____
United States District Judge





**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

**MICHAEL W. DOBBINS**
CLERK



February 27, 2008

Mr. John Michael McMahon, Clerk

United States District Court

120 Daniel Patrick Moynihan

  United States Courthouse

500 Pearl Street

New York, NY 10007-1312


Dear Clerk:

**Re:  Case number  04cr113  US v Kharel Harris**
Our case number: 08cr173  - Northern District of Illinois, Judge Gettleman

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Kharel
Harris, which has been accepted and assumed by this Court in the Northern District of Illinois,
Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with
the enclosed copy of this letter to the United States District Court at the above address.  Your
prompt attention to this matter is greatly appreciated.


                                        Sincerely,
                                        Michael W. Dobbins
                                        Clerk

                            by:         _Ellenore Duff_____
                                        Ellenore Duff
                                        Deputy Clerk


Enclosure

# FILED

United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

MAR 3 1 2008 *C M*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Date: _3/27/08_

Re: United States of America v. _KHAREL HARRIS_

Docket number: _04-CR-113-03_ ( DLC )
_(reser to Doc# 105)_

Dear Clerk:

    Pursuant to the Transfer of Jurisdiction signed in the above captioned case, enclosed are the following documents:

    (1)    certified copy of the Transfer of Jurisdiction;
    (2)    certified copy of Judgment In A Criminal Case; and
    (3)    certified copy of the charging instrument, check one:

        ☑    Indictment   _(S1 SUPERSEDING INDICTMENT)_
        ☑    Information and Waiver of Indictment  _(S3)_
    _(4)    Certified copy of Docket sheet._

    Your acknowledgment of receipt of the above documents on the copy of this letter will be appreciated.

Sincerely,
J. Michael McMahon, Clerk

By: _____ _B.U_
Deputy Clerk

FEDEX AIRBILL
~~Certified Mail#~~ _8655 7112 3915_

---

**RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN:**

**ASSIGNED CASE NUMBER:**_____    **Clerk, U.S. District Court**

        **DATE:**_____    **By:**_____
                                               **Deputy Clerk**

rev. 2/15/2006

CLOSED

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-00113-DLC-3
# Internal Use Only

Case title: USA v. Brown et al

Date Filed: 02/05/2004
Date Terminated: 07/02/2007

Assigned to: Judge Denise L. Cote

**Defendant (3)**

**Kharel Harris**
*TERMINATED: 07/02/2007*

represented by **Ann Marie Preissler**
Debevoise & Plimpton, LLP(NYC)
919 Third Avenue
New York, NY 10022
(212)-909-6931
Fax: (212)-909-6836
Email: ampreiss@debevoise.com
*LEAD ATTORNEY*

**Mark P. Goodman**
Debevoise & Plimpton, LLP(NYC)
919 Third Avenue
New York, NY 10022
212 909-6000
Fax: 212-909-6936
Email: mpgoodman@debevoise.com
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Pending Counts**

CONSPIRACY TO DISTRIBUTE
NARCOTICS
(1s)

**Disposition**

Imprisonment for a total term of Time
Served. Supervised release for a term of
5 Years. The deft shall comply with
immigration laws and cooperate with
the Department of Homeland Security,
Bureau of Citizenship and Immigration
Services (BCIS).

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY _____ 3/27/08
DEPUTY CLERK

| | |
|---|---|
| VIOLENT CRIME/DRUGS/MACHINE GUN (1ss) | Imprisonment for a total term of Time Served. Supervised release for a term of 5 Years. The deft shall comply with immigration laws and cooperate with the Department of Homeland Security, Bureau of Citizenship and Immigration Services (BCIS). |
| FALSE STATEMENT IN APPLICATION/USE OF PASSPORT (2ss) | Imprisonment for a total term of Time Served. Supervised release for a term of 5 Years. The deft shall comply with immigration laws and cooperate with the Department of Homeland Security, Bureau of Citizenship and Immigration Services (BCIS). |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DISTRIBUTE NARCOTICS (1) | All open counts are dismissed on the motion of the US |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Samuel Gates Williamson** U.S. Attorney's Office, SDNY (86 Chambers St.) 86 Chambers Street New York, NY 10007 212-637-2200 Fax: 212-637-2387 *LEAD ATTORNEY* |
| | | **Stephen Aaron Miller** U.S. Attorney's Office, SDNY (St Andw's) |

One St. Andrew's Plaza
New York, NY 10007
212-637-2200
Fax: 212-637-2429
Email: stephen.a.miller@usdoj.gov

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2004 | 1 | SEALED INDICTMENT as to Sealed Defendant 1 (1) count(s) 1, 2, Sealed Defendant 2 (2) count(s) 1, Sealed Defendant 3 (3) count(s) 1. (jm, ) (Entered: 03/01/2004) |
| 02/23/2004 | 2 | Order to Unseal Indictment as to Sealed Defendant 1, Sealed Defendant 2, Sealed Defendant 3.. (Signed by Judge Theodore H. Katz on 2/23/04)(jm, ) (Entered: 03/01/2004) |
| 02/23/2004 | | INDICTMENT UNSEALED as to Willie Brown Jr., Nicoe Bundy, Kharel Harris .(jm, ) (Entered: 03/01/2004) |
| 02/23/2004 | 5 | Arrest Warrant Issued as to Kharel Harris. Document originally filed 2/5/04. (Signed by Judge Douglas F. Eaton on 2/5/04.) (jm, ) Modified on 3/1/2004 (jm, ). (Entered: 03/01/2004) |
| 03/09/2004 | 13 | Rule 5(c)(3) Documents Received as to Kharel Harris from the U.S.D.C. Southern District of Florida. (ja, ) (Entered: 03/11/2004) |
| 03/12/2004 | | Minute Entry for proceedings held before Judge Michael H. Dolinger :Initial Appearance as to Kharel Harris held on 3/12/2004. (ja, ) (Entered: 03/18/2004) |
| 03/12/2004 | | Minute Entry for proceedings held before Judge Michael H. Dolinger :Arraignment as to Kharel Harris (3) Count 1 held on 3/12/2004. Plea entered by Kharel Harris (3) Count 1, Not Guilty. AUSA Samuel Williamson pres. Dft Kharel Harris pres w/counsel Thomas Dunn (CJA). Detention on consent w/o prejudice. Pretrial Conference set for 3/19/2004 09:30 AM before Judge Denise L. Cote. Time excluded until conference. (ja, ) (Entered: 03/18/2004) |
| 03/12/2004 | | (Court only) ***Excludable XT started as to Kharel Harris. Excludable started on 3/12/04. Excludable stopped on 3/19/04. ***Location LC started as to Kharel Harris.(ja, ) (Entered: 03/18/2004) |
| 03/12/2004 | 16 | CJA 23 Financial Affidavit by Kharel Harris. (Signed by Judge Michael H. Dolinger ) (ja, ). Thomas Dunn, Atty (CJA) appointed. Modified on 3/18/2004 (ja, ). (Entered: 03/18/2004) |
| 03/19/2004 | | Minute Entry for proceedings held before Judge Denise L. Cote :Pretrial Conference as to Nicoe Bundy, Kharel Harris held on 3/19/2004. Deft Nicoe Bundy present w/attys David Segal and Roger Schwarz. Deft Kharel Harris present w/attys Thomas Dunn and B. Alan Seidler. Deft Willie Brown NOT present. AUSA Julian Schreibman present for Samuel |

| | | |
|---|---|---|
| | | Williamson. Court reporter Connie Kohl present. The Court relieves Mr. Schwarz as counsel for deft Bundy and accepts the appearance of Mr. Segal. The Court relieves Mr. Dunn as counsel for deft Harris and accepts the appearance of Mr. Seidler. Govt to complete its discovery by 4/16/04. Any defense motions shall be due 6/11/04. Govt's opposition shall be due 6/25/04. Trial date set for 9/20/04. Time Excluded from 3/19/04 until 9/20/04 pursuant to Title 18 USC Section 3161(h)(8)(A). Detention continued as to both defts. (bw, ) (Entered: 03/23/2004) |
| 03/19/2004 | ☉ | ORAL ORDER as to Nicoe Bundy, Kharel Harris. Time excluded from 3/19/04 until 9/20/04. Govt to produce Discovery by 4/16/2004. Defense Motions due by 6/11/2004. Govt's Responses due by 6/25/2004. Ready for Trial by 9/20/2004.(bw, ) (Entered: 03/23/2004) |
| 03/25/2004 | ☉17 | Letter by USA as to Willie Brown, Nicoe Bundy, Kharel Harris addressed to Judge Cote from Samuel G. Williamson dated March 22, 2004 re: The Government respectfully submits this letter in response to the Court's request for further information concerning the status of defendant Willie Brown, who is not in custody in this District. Because defendants Bundy and Harris are in custody in NY, the Government respectfully requests that their case proceed without Brown. (jw, ) (Entered: 03/31/2004) |
| 05/25/2004 | ☉23 | TRANSCRIPT of Proceedings as to Willie Brown, Nicoe Bundy, Kharel Harris held on 4/22/04 before Judge Denise L. Cote. (dfe, ) (Entered: 05/25/2004) |
| 07/02/2004 | ☉27 | ORDER as to Willie Brown, Nicoe Bundy, Kharel Harris., as to Willie Brown, Nicoe Bundy, Kharel Harris; Pretrial Conference set for 9/17/2004 02:30 PM before Judge Denise L. Cote. It is hereby ORDERED that any written Voir Dire requests, Requests to Charge or Trial Memorandum, should be filed by noon on September 15, 2004. Two courtesy copies should be delivered to Chambers on the same day. It is FURTHER ORDERED that the final pretrial conference is scheduled for September 17, 2004, at 2:30pm in Courtroom 11B, 500 Pearl Street. The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed. SO ORDERED. (Signed by Judge Denise L. Cote on 7/1/04)(jw, ) (Entered: 07/06/2004) |
| 07/06/2004 | ☉ | Minute Entry for proceedings held before Judge Denise L. Cote :Bond Hearing (Bail Application) as to Kharel Harris held on 7/6/2004. Deft Kharel Harris present with atty B. Alan Seidler. AUSA Samuel Williamson present. Court reporter Paula Speers present. Deft's application for bail is denied. Detention cont'd. (jw, ) (Entered: 07/14/2004) |
| 08/24/2004 | ☉31 | (S1) SUPERSEDING INDICTMENT FILED as to Nicoe Bundy (2) count(s) 1s, Kharel Harris (3) count(s) 1s. [Microfilmed on 8/30/04 at 9:00am] (jw, ) (Entered: 08/30/2004) |
| 08/25/2004 | ☉ | Minute Entry for proceedings held before Judge Denise L. Cote :Arraignment as to Nicoe Bundy (2) Count 1 and Kharel Harris (3) Count |

| | | |
|---|---|---|
| | | 1 held on 8/25/2004. Dft Nicoe Bundy w/atty John Markham. Dft Kharel Harris pres w/atty B. Alan Seidler. AUSAs Michael Scudder and Stephen Miller pres. Crt rptr pres. Plea entered by Nicoe Bundy (2) Count 1, Kharel Harris (3) Count 1, Not Guilty. The final PTC scheduled for 9/17/04 is rescheduled to 9/16/2004 11:00 AM before Judge Denise L. Cote. Bail cont'd as to Bundy. Detention cont'd as to Harris.(Court Reporter Michael McDaniel) (ja, ) (Entered: 08/27/2004) |
| 08/26/2004 | ◑30 | ORDER as to Nicoe Bundy, Kharel Harris. IT IS HEREBY ORDERED that the 9/20/04 trial date is rescheduled for 9/27/2004 09:30 AM before Judge Denise L. Cote in Crtrm 11B, 500 Pearl Street. SO ORDERED. (Signed by Judge Denise L. Cote on 8/26/04)(ja, ) (Entered: 08/27/2004) |
| 09/03/2004 | ◑33 | FIRST MOTION in Limine. Document filed by USA as to Nicoe Bundy, Kharel Harris. Return Date set for 9/13/2004 12:00 PM. (Miller, Stephen) (Entered: 09/03/2004) |
| 09/13/2004 | ◑35 | SECOND MOTION in Limine *GovtResponse*. Document filed by USA as to Nicoe Bundy, Kharel Harris. Return Date set for 9/16/2004 11:00 AM. (Miller, Stephen) (Entered: 09/13/2004) |
| 09/15/2004 | ◑36 | ENDORSED LETTER as to Nicoe Bundy, Kharel Harris addressed to Judge Cote from Michael Y. Scudder Jr and Stephen A. Miller dated 9/15/04 re: The Government respectfully requests an adjournment of that due date until Monday, September 20, 2004. Judge Memo-endorsed...Granted. SO ORDERED. (Signed by Judge Denise L. Cote on 9/15/04)(jw, ) (Entered: 09/17/2004) |
| 09/15/2004 | ◑39 | ENDORSED LETTER as to Kharel Harris addressed to Judge Cote from B. Alan Seidler dated 9/13/04 re: Reschedule Conference., as to Kharel Harris; Pretrial Conference set for 9/23/2004 02:00 PM before Judge Denise L. Cote. Judge Memo-endorsed..The conference is adjourned to September 23 at 2:00pm. SO ORDERED. (Signed by Judge Denise L. Cote on 9/14/04)(jw, ) (Entered: 09/20/2004) |
| 09/17/2004 | ◑40 | Letter by USAs as to Kharel Harris, addressed to B. Alan Seidler, Atty, from Michael Y. Scudder Jr./Stephen A. Miller, AUSAs, dated 9/15/04, re: your telephone message from earlier today indicating that you thought Kharel Harris was going to plead guilty to the Indictment... If the case is unresolved by the end of business on 9/17/04, the Gov't will oppose Harris receiving credit for acceptance of responsibility. (ja, ) Modified on 9/22/2004 (ja, ). (Entered: 09/22/2004) |
| 09/20/2004 | ◑37 | Proposed Voir Dire Questions by USA as to Kharel Harris. (Miller, Stephen) (Entered: 09/20/2004) |
| 09/20/2004 | ◑38 | Request To Charge by Kharel Harris. (Attachments: # 1 Supplement Cover Letter# 2 Supplement Proposed Verdict Form)(Miller, Stephen) (Entered: 09/20/2004) |
| 09/20/2004 | ◑42 | Request To Charge by USA as to Kharel Harris. (jw, ) (Entered: 09/27/2004) |

| 09/20/2004 | ●43 | Proposed Voir Dire Questions by USA as to Kharel Harris. (jw, ) (Entered: 09/27/2004) |
|---|---|---|
| 09/22/2004 | ● | Minute Entry for proceedings held before Judge Denise L. Cote :Change of Plea Hearing as to Kharel Harris held on 9/22/2004. Deft Kharel Harris present with atty B. Alan Seidler. AUSA Stephen Miller and Michael Scudder present. Det. Brian Callanan present. Court reporter Steve Greenblum present. Deft Harris withdraws not guilty plea and pleads guilty as charged in S1 04 cr 113. PSR not ordered. Govt to submit a status ltr to the court by November 5, 2004. Detention cont'd. (jw, ) (Entered: 09/27/2004) |
| 09/22/2004 | ● | Change of Not Guilty Plea to Guilty Plea as to Kharel Harris (3) Count 1s. (jw, ) (Entered: 09/27/2004) |
| 09/22/2004 | ● | Minute Entry for proceedings held before Judge Denise L. Cote : Plea entered by Kharel Harris (3) Guilty as to Count 1s. (jw, ) (Entered: 09/27/2004) |
| 09/22/2004 | ● | Minute Entry for proceedings held before Judge Denise L. Cote : as to Kharel Harris; Sentencing set for 11/5/2004 before Judge Denise L. Cote. (jw, ) (Entered: 09/27/2004) |
| 10/18/2004 | ●49 | TRANSCRIPT of Proceedings as to Kharel Harris held on 09/22/04 before Judge Denise L. Cote. (Simpson, Evon) (Entered: 10/18/2004) |
| 11/12/2004 | 50 | (Court only) SEALED DOCUMENT as to Kharel Harris placed in vault. (js, ) (Entered: 11/12/2004) |
| 12/08/2004 | ●52 | ORDER as to Kharel Harris., as to Kharel Harris;Government Responses due by 3/5/2005; Sentencing set for 3/11/2005 10:30 AM before Judge Denise L. Cote. It is hereby ORDERED that the US Probation Office prepare a PreSentence Investigation Report for the defendant Kharel Harris; It is further ORDERED that the sentence date is set for March 11, 2005 at 10:30am; It is further ORDERED that any defense submissions regarding sentence must be filed by February 25, 2005 and the Government's response shall be due March 5, 2005. SO ORDERED. (Signed by Judge Denise L. Cote on 12/7/04)(jw, ) (Entered: 12/10/2004) |
| 03/03/2005 | ●53 | ORDER as to Kharel Harris. It is hereby ORDERED that the sentence date previously scheduled for 3/11/05 is adjourned to 4/15/05 at 10 a.m. IT IS FURTHER ORDERED that any defense submissions regarding sentence must be filed by 4/1/05 and the Govt's response shall be due 4/8/05. (Signed by Judge Denise L. Cote on 3/2/05); Copies Sent By Chambers.(bw, ) (Entered: 03/07/2005) |
| 03/18/2005 | ● | Minute Entry for proceedings held before Judge Denise L. Cote :Status Conference as to Kharel Harris held on 3/18/2005, as to Kharel Harris; Sentencing set for 4/29/2005 11:00 AM before Judge Denise L. Cote. Deft Kharel Harris present. AUSA Michael Scudder present. CJA Atty, Mark Goodman on duty today, present. Court reporter Steve Greenblum present. |

| | | On March 15, 2005, the Court received a letter dated March 14, 2005 from Ms. Harris retained atty, B. Alan Seidler, indicating that for the reasons set forth in his letter, he could no longer represent Ms. Harris. The Court appoints Mark Goodman to resume representation of the defendant. The sentence date for April 15, 2005 has been adjourned to April 29, 2005 at 11am at which time, a hearing will be held. Detention continued. (jw, ) (Entered: 03/25/2005) |
|---|---|---|
| 03/18/2005 | 56 | CJA 20 as to Kharel Harris: Appointment of Attorney Mark P. Goodman for Kharel Harris.. (Signed by Judge Denise L. Cote on 03/29/05) The CJA Office has mailed the original to the attorney and sent a copy to the case file.(pa, ) (Entered: 03/31/2005) |
| 03/21/2005 | 55 | ORDER as to Kharel Harris. For the reasons set forth on the record on 3/18/05, it is hereby ORDERED that CJA attorney, Mark Goodman is appointed to represent Kharel Harris. (Signed by Judge Denise L. Cote on 3/18/05)(ph, ) (Entered: 03/21/2005) |
| 03/21/2005 | | Attorney update in case as to Kharel Harris. Attorney Mark P. Goodman for Kharel Harris added. (ph, ) (Entered: 03/21/2005) |
| 04/06/2005 | 57 | ORDER as to Kharel Harris. The sentencing hearing previously scheduled for April 29, 2005 is adjourned to June 2, 2005 at 10 a.m. IT IS FURTHER ORDERED that any defense submissions regarding sentence must be filed by May 18, 2005 and the Government's response shall be due May 26, 2005. (Signed by Judge Denise L. Cote on 4/5/05)(gr, ) (Entered: 04/06/2005) |
| 04/20/2005 | 58 | NOTICE OF ATTORNEY APPEARANCE: Mark P. Goodman appearing for Kharel Harris. (Goodman, Mark) (Entered: 04/20/2005) |
| 05/17/2005 | 59 | ENDORSED LETTER as to Kharel Harris, addressed to Judge Cote, from Mark P. Goodman, Atty for the dft, dated 5/13/05, re: a request to adjourn sentencing currently scheduled for 6/2/05 to a date in early August... -- Judge memo endorsed: Sentencing adjourned to 8/5/2005 10:00 AM before Judge Denise L. Cote. Defense submissions are due 2 weeks in advance; Govt's are due 1 week in advance. (Signed by Judge Denise L. Cote on 5/16/05)(ja, ) (Entered: 05/17/2005) |
| 08/05/2005 | 62 | WAIVER OF INDICTMENT by Kharel Harris. (jw, ) (Entered: 08/09/2005) |
| 08/05/2005 | 63 | (S3) SUPERSEDING INFORMATION (Felony) filed as to Kharel Harris (3) count(s) 1ss, 2ss. [Microfilmed on 8/8/05 at 3:00pm] (jw, ) (Entered: 08/09/2005) |
| 08/05/2005 | | Minute Entry for proceedings held before Judge Denise L. Cote :Arraignment as to Kharel Harris (3) Count 1ss,2ss held on 8/5/2005. Deft present with attys Mark Goodman, Ann Marie Preissler and Sharon Werner. AUSA Michael Scudder present. Court reporter Connie Kuhl present. Deft pleads guilty as charged in S3 04 cr 113. Govt to submit status letter by April 3, 2006 to the Court. The Court grants defts request |

|  |  | to seal the transcript of today's proceeding. Detention cont'd. (jw, ) (Entered: 08/09/2005) |
|---|---|---|
| 08/05/2005 | ◑ | Minute Entry for proceedings held before Judge Denise L. Cote : Plea entered by Kharel Harris (3) Guilty (S3) as to Count 1ss,2ss. (jw, ) (Entered: 08/09/2005) |
| 08/31/2005 | 67 | (Court only) SEALED DOCUMENT as to Kharel Harris placed in vault. (kj, ) (Entered: 09/16/2005) |
| 04/05/2006 | 73 | (Court only) SEALED DOCUMENT as to Kharel Harris placed in vault. (sov, ) (Entered: 04/05/2006) |
| 09/13/2006 | ◑80 | UNSEALING ORDER as to Kharel Harris. Upon the application of Michael J. Garcia, U.S. Attorney for the SDNY, by AUSA Katherine A. Lemire, IT IS HEREBY ORDERED that the transcript of the plea of KHAREL HARRIS to Indictment S3 04 Cr. 113 (DLC) be unsealed. SO ORDERED. (Signed by Judge Denise L. Cote on 9/12/06)(ja, ) (Entered: 09/13/2006) |
| 09/13/2006 | ◑81 | TRANSCRIPT of Proceedings (Plea) as to Kharel Harris held on 8/5/05 before Judge Denise L. Cote. (ja, ) (Entered: 09/15/2006) |
| 01/19/2007 | ◑84 | ORDER as to Kharel Harris; Sentencing set for 5/11/2007 10:30 AM before Judge Denise L. Cote.It is hereby ORDERED that the US Probation Office prepare a PreSentence Investigation Report for the deft Kharel Harris. It is further ORDERED that the sentencing date is set for May 11, 2007 at 10:30am. SO ORDERED. (Signed by Judge Denise L. Cote on 1/18/07)(jw) (Entered: 01/22/2007) |
| 03/01/2007 | ◑87 | ORDER as to Kharel Harris. It is hereby ORDERED that counsel follow the attached Individual Rules of Practice for Sentencing Proceedings when making their sentencing submissions. (Signed by Judge Denise L. Cote on 3/1/07)(bw) (Entered: 03/01/2007) |
| 03/15/2007 | ◑88 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - NOTICE OF ATTORNEY APPEARANCE: Ann Marie Preissler appearing for Kharel Harris. *Proof of service attached.* (Preissler, Ann Marie) Modified on 3/20/2007 (lb). (Entered: 03/15/2007) |
| 03/20/2007 | ◑ | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Ann Marie Preissler as to Kharel Harris: to MANUALLY RE-FILE Document NOTICE OF ATTORNEY APPEARANCE, Document No. 88. This case is not ECF. (lb) (Entered: 03/20/2007) |
| 03/22/2007 | ◑ | Minute Entry for proceedings held before Judge Richard Owen :Curcio Hearing as to Willie Brown, Kharel Harris held on 3/22/2007. Deft Willie Brown present with atty Alan Seidler. AUSA Stephen Miller present. Also present was Deft Kharel Harris with atty Ann Preisler. Curcio Hearing held. Sentence date for Deft Willie Brown scheduled for 5/4/07 at 2:30pm. Both defts remanded. (jw) (Entered: 03/28/2007) |

| | | |
|---|---|---|
| 05/02/2007 | ❶89 | ORDER as to Kharel Harris. The sentence previously scheduled for 5/11/2007 is adjourned to 5/25/2007 at 3p.m. The defense submissions regarding sentence shall be due 5/11/2007 and the Govt's response shall be due 5/18/2007. Counsel to follow attached Individual Rules of Practice for sentencing Proceedings when making their sentencing submissions. SO ORDERED. (Signed by Judge Denise L. Cote on 5/2/2007)(jar) (Entered: 05/03/2007) |
| 05/02/2007 | ❶ | Set/Reset Hearings as to Kharel Harris: Sentencing set for 5/25/2007 03:00 PM before Judge Denise L. Cote.. (jar) (Entered: 05/03/2007) |
| 05/04/2007 | ❶90 | ORDER as to Kharel Harris. It is hereby ORDERED that the sentence previously scheduled for 5/25/07 is adjourned to 6/29/07 at 12 p.m. It is FURTHER ORDERED that defense submissions regarding sentence shall be due 6/15/07 and the Govt's response shall be due 6/22/07. (Signed by Judge Denise L. Cote on 5/3/07)(bw) (Entered: 05/07/2007) |
| 05/04/2007 | ❶ | Set/Reset Deadlines/Hearings as to Kharel Harris: Brief (defense submissions) due by 6/15/2007. Responses (by govt) to Brief due by 6/22/2007. Sentencing set for 6/29/2007 12:00 PM before Judge Denise L. Cote. (bw) (Entered: 05/07/2007) |
| 06/19/2007 | ❶95 | SENTENCING MEMORANDUM by Kharel Harris. (ja) (Entered: 06/21/2007) |
| 06/29/2007 | ❶ | Minute Entry for proceedings held before Judge Denise L. Cote :Sentencing held on 6/29/2007 for Kharel Harris (3) Count 1s,1ss,2ss. (jw) (Entered: 07/03/2007) |
| 07/02/2007 | ❶ | DISMISSAL OF COUNTS on Government Motion as to Kharel Harris (3) Count 1. (jw) (Entered: 07/03/2007) |
| 07/02/2007 | ❶97 | FILED JUDGMENT IN A CRIMINAL CASE as to Kharel Harris (3), Count(s) 1, All open counts are dismissed on the motion of the US; Pleaded guilty to Count(s) 1s, Imprisonment for a total term of Time Served. Supervised release for a term of 5 Years. The deft shall comply with immigration laws and cooperate with the Department of Homeland Security, Bureau of Citizenship and Immigration Services (BCIS).; Pleaded guilty to Count(s) 1ss, Imprisonment for a total term of Time Served. Supervised release for a term of 5 Years. The deft shall comply with immigration laws and cooperate with the Department of Homeland Security, Bureau of Citizenship and Immigration Services (BCIS).; Pleaded guilty to Count(s) 2ss, Imprisonment for a total term of Time Served. Supervised release for a term of 5 Years. The deft shall comply with immigration laws and cooperate with the Department of Homeland Security, Bureau of Citizenship and Immigration Services (BCIS). Special Assessment of $300 which is due immediately. (Signed by Judge Denise L. Cote on 7/2/07)(jw) (Entered: 07/03/2007) |
| 07/02/2007 | ❶ | (Court only) ***Terminated defendant Kharel Harris. (jw) (Entered: 07/03/2007) |

| 07/02/2007 | ● | Judgment entered in money judgment book as #07,1312 as to Kharel Harris in the amount of $ 300.00, re: 97 Judgment. (dt) (Entered: 07/11/2007) |
| 07/03/2007 | ●98 | ORDER as to Kharel Harris. The deft having been sentenced to time served, it is hereby ORDERED that Kharel Harris, USM #70538-004, be released from custody forthwith. SO ORDERED. (Signed by Judge Denise L. Cote on 6/29/07)(jw) (Entered: 07/05/2007) |
| 07/03/2007 | ●99 | ORDER as to Kharel Harris. Ordered that the govt's May 2 and June 29, 2007 submissions in this matter be sealed. (Signed by Judge Denise L. Cote on 7/2/07)(pr) (Entered: 07/05/2007) |
| 07/05/2007 | ●100 | (Court only) SEALED DOCUMENT as to Kharel Harris placed in vault. (kj) (Entered: 07/05/2007) |
| 08/01/2007 | ●101 | TRANSCRIPT of Proceedings as to Kharel Harris held on 6/29/07 before Judge Denise L. Cote. (jbe) (Entered: 08/01/2007) |
| 09/25/2007 | ● | Payment of Fine from Kharel Harris in the amount of $300.00. Date Received: 9/25/07. (mn) (Entered: 09/25/2007) |
| 10/30/2007 | ● | (Court only) ***Case Terminated as to Willie Brown, Nicoe Bundy, Kharel Harris. (ja) (Entered: 10/31/2007) |
| 03/27/2008 | ●105 | Supervised Release Jurisdiction Transferred Out to the U.S.D.C. - Northern District of Illinois (Chicago) as to (S1-04-Cr-113 & S3-04-Cr-113) Kharel Harris. Their case no.: 08-CR-173, Judge Gettleman. (bw) (Entered: 03/27/2008) |
| 03/27/2008 | ● | TRANSFER OUT SUPERVISED RELEASE DOCUMENTS SENT as to Kharel Harris to the U.S.D.C. - Northern District of Illinois (Chicago). Certified copies of the following documents were mailed: 1) Transfer of Jurisdiction Form [doc.#105], 2) Judgment [doc.#97], 3) S1 Superseding Indictment [doc.#31], S3 Superseding Information & Waiver of Indictment [docs.#63,62], 4) Docket sheet, and letter of acknowledgment. Mailed via Federal Express AIRBILL # 8655-7112-3915 on 3/27/08. (bw) (Entered: 03/27/2008) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

      - v. -

NICOE BUNDY and
KHAREL HARRIS,

         Defendants.

- - - - - - - - - - - - - -x

    :    SUPERSEDING
    :    INDICTMENT
    :
    :    S1 04 Cr. 113 (DLC)
    :
    :
    :
    :
    :
    :

DOC #31

## COUNT ONE

The Grand Jury charges:

    1.    From in or about 1999 up to and including in or
about September 2002, in the Southern District of New York and
elsewhere, NICOE BUNDY and KHAREL HARRIS, the defendants, and
others known and unknown, unlawfully, intentionally and knowingly
did combine, conspire, confederate and agree together and with
each other to violate the narcotics laws of the United States.

    2.    It was a part and an object of said conspiracy
that NICOE BUNDY and KHAREL HARRIS, the defendants, and others
known and unknown, unlawfully, intentionally, and knowingly would
and did distribute and possess with intent to distribute a
controlled substance, to wit, 5 kilograms and more of a mixture
and substance containing a detectable amount of cocaine, in
violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title
21, United States Code.

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY _____  3/27/08
      DEPUTY CLERK

U.S. DISTRICT COURT
FILED
AUG 2 4 2004
S.D. OF N.Y.

MICROFILM
-9:00 AM
AUG 3 0 2004

<u>OVERT ACTS</u>

3.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York, and elsewhere:

a.    On or about January 21, 2002, NICOE BUNDY, the defendant, leased apartment 2J in 690 Gerard Avenue, Bronx, New York.

b.    On or about January 21, 2002, NICOE BUNDY, the defendant, placed a telephone call from Bronx County, New York, to a co-conspirator.

c.    On or about August 8, 2001, KHAREL HARRIS, the defendant, drove a co-conspirator to the Bush International Airport in Houston, Texas.

(Title 21, United States Code, Section 846.)

<u>SUPPLEMENTAL ALLEGATIONS</u>

The Grand Jury further charges:

4.    In connection with the offense alleged in Count One of this Indictment, NICOE BUNDY and KHAREL HARRIS, the defendants, agreed to distribute and possess with intent to distribute over 150 kilograms of cocaine.

5.    In connection with the offense alleged in Count One of this Indictment, NICOE BUNDY and KHAREL HARRIS, the defendants, acted as organizers or leaders of criminal activity involving at least five participants and was otherwise extensive.

_____

DAVID N. KELLEY
United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### NICOE BUNDY, and
### KHAREL HARRIS

### Defendants.

### SUPERSEDING INDICTMENT

S1 04 Cr. 113 (DLC)

(21 U.S.C. § 846)

DAVID N. KELLEY
United States Attorney.

**A TRUE BILL**

8/24/04 - Superceding indictment returned before KNF.

DOC # 62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

          v.          :          <u>Waiver of Indictment</u>

KHAREL HARRIS,          :          S3 04 Cr. 113 (DLC)

          Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused in two counts of violating Title 18, United States Code, Sections 924(c), 2, and 1542, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                 Kharel Harris, defendant

                 Witness

                 Mark P. Goodman, Esq.
                 Counsel for Kharel Harris

Date:  New York, New York
      August 5, 2005

BY _____ 3/27/08
DEPUTY CLERK

0202

DOC # 163

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X
                         :     SUPERSEDING

UNITED STATES OF AMERICA       :     INFORMATION
                          :
       - v. -           :     S3 04 Cr. 113 (DLC)
                          :

KHAREL HARRIS,           :
                          :
         Defendant.    :
                          :

- - - - - - - - - - - - - - - - - -x

<u>COUNT ONE</u>

The United States Attorney charges:

1.    From in or about 1999 up to and including in or about September 2002, KHAREL HARRIS, the defendant, during and in relation to a drug trafficking crime for which she may be prosecuted in a court of the United States, to wit, the narcotics conspiracy charged in Count One of Indictment S1 04 Cr. 113 (DLC), to which HARRIS pleaded guilty on or about September 22, 2004, unlawfully, willfully, and knowingly used and carried firearms in the commission of that crime, and possessed firearms in furtherance of that crime, to wit, HARRIS used, carried, and possessed firearms, and aided and abetted the same, during and in relation to the aforementioned narcotics conspiracy.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) & 2.)





A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY [signature] 3/27/08
DEPUTY CLERK

MICROFILM
AUG - 8 2005

<u>COUNT TWO</u>

The United States Attorney further charges:

2.    In or about 2002 or 2003, in the Southern District of Florida, KHAREL HARRIS, the defendant, unlawfully, willfully, and knowingly did make a false statement in an application for a passport, with the intent to induce and secure the issuance of a passport under the authority of the United States, for her own use and the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, HARRIS submitted an application for a United States passport on behalf of her child in which she included false information about the place of the child's birth.

(Title 18, United States Code, Section 1542.)


DAVID N. KELLEY
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v.-

KHAREL HARRIS,

Defendant.

## INFORMATION

S3 04 Cr. 113 (DLC)

(Title 18, United States Code, Sections
924(c), 2, & 1542.)

DAVID N. KELLEY
United States Attorney

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

<u>SOUTHERN</u>     District of     <u>NEW YORK</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | |
| KHAREL HARRIS | 1:S1 & S3 04CR00113-03(DLC) |
| | Case Number: |
| | USM Number:    70538-004 |
| | <u>Mark P. Goodman</u> |
| | Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)    1 of S1 04 Cr. 113; Count 1 and 2 of S3 04 Cr, 113

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

DOCKETED AS #07/1312
A JUDGMENT 7/10/07
ON

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC § 846 | Conspiracy to Distribute with Intent to Distribute Cocaine | 09/30/2002 | 1 of S1 |
| 18 USC § 924(c)(1)(A)(I) | Possessing a Firearm in Relation to a Drug Trafficking Offense | 09/30/2002 | 1 of S3 |
| 18 USC § 1542 | Committing Passport Fraud | 01/01/2003 | 2 of S3 |

The defendant is sentenced as provided in pages 2 through    5    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

<u>June 29, 2007</u>
Date of Imposition of Judgment

_Denise Cote_
Signature of Judge

<u>Denise Cote, U.S. District Judge</u>
Name and Title of Judge

_July 2, 2007_
Date

U.S. DISTRICT COURT
FILED
JUL - 2 2007
S.D. OF N.Y.

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY _____ 3/27/08
DEPUTY CLERK

JUL - 5 2007

AO 245B    (Rev. 06/05) Judgment in Criminal Case
         Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___5___

DEFENDANT:           KHAREL HARRIS
CASE NUMBER:         1:S1 & S3 04CR00113-03(DLC)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of:        time served.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___5___

DEFENDANT:        KHAREL HARRIS
CASE NUMBER:      1:S1 & S3 04CR00113-03(DLC)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :   5 years.
**The defendant shall comply with immigration laws and cooperate with the Department of Homeland Security, Bureau of Citizenship and Immigration Services (BCIS).**

**The defendant shall be supervised by the district of residence.**

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __4__ of __5__

DEFENDANT:   KHAREL HARRIS
CASE NUMBER:   1:S1 & S3 04CR00113-03(DLC)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 300.00 | $0 | $ 0 |

☐   The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| **TOTALS** | $ _____ $0.00 | $ _____ $0.00 | |

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐   the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐   the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __5__ of __5__

DEFENDANT:      KHAREL HARRIS
CASE NUMBER:    1:S1 & S3 04CR00113-03(DLC)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   X   Lump sum payment of $ __300.00__ due immediately, balance due

☐   not later than _____ , or
☐   in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

**B**   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.